**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-02110-LTB-KMT

DAVID JENKINS and
SASHA JENKINS,

       Plaintiffs,

v.

FMC TECHNOLOGIES, INC., a Delaware corporation authorized to do business in the State of Colorado,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

       Plaintiffs' Unopposed Motion to Amend Complaint (Doc 19 - filed April 15, 2008) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.

Dated:  April 16, 2008
_____