IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02110-LTB-KMT

DAVID JENKINS and
SASHA JENKINS,

    Plaintiffs,

v.

FMC TECHNOLOGIES, INC.,

    Defendant.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Joint Stipulated Motion and Order for Modification of Scheduling Order" (#34, filed August 21, 2008) is GRANTED. The Scheduling Order (Doc. No. 16) is amended as follows:

    Expert disclosure:            October 31, 2008
    Rebuttal expert disclosure:    December 1, 2008

The Settlement Conference now set for October 15, 2008 at 10:00 a.m. is VACATED and RESET for January 13, 2009 at 10:30 a.m. in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: August 29, 2008