IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02110-LTB-KMT

DAVID JENKINS and
SASHA JENKINS,

      Plaintiffs,

v.

FMC TECHNOLOGIES, INC.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Second Joint Stipulated Motion and Order for Modification of Scheduling Order" (#43, filed October 2, 2008) is GRANTED in part. The deadlines are extended as follows:

    Expert Disclosure Deadline: December 15, 2008
    Rebuttal Expert Disclosure Deadline: January 12, 2009
    Discovery Deadline: March 16, 2009
    The Settlement Conference set for January 13, 2009 is VACATED and RESET **February 18, 2009 at 10:30 a.m.**
    The Final Pretrial Conference set for April 13, 2009 is VACATED and RESET for **May 14, 2009 at 10:00 a.m.**

No further extensions will be granted.

Dated: October 6, 2008