IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–02110–LTB–KMT

DAVID JENKINS and
SASHA JENKINS,

      Plaintiffs,

v.

FMC TECHNOLOGIES, INC.,

      Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Third Joint Stipulated Motion and Order for Modification of Scheduling Order" (#71, filed April 28, 2009) is GRANTED.  It is ORDERED that the Scheduling Order of January 21, 2009 (#62) is modified as follows:

| | |
|---|---|
| Disclosure of Experts: | May 8, 2009 |
| Rebuttal of Experts: | June 8, 2009 |
| Discovery Deadline: | June 8, 2009 |
| Expert Discovery Deadline: | July 8, 2009 |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated: May 1, 2009