**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   07-cv-02110-LTB-KMT

DAVID JENKINS and
SASHA JENKINS,

      Plaintiffs,

v.

FMC TECHNOLOGIES, INC., a Delaware corporation authorized to do business in the State of Colorado, and
SCHLUMBERGER TECHNOLOGY CORPORATION, a Texas corporation authorized to do business in the State of Colorado,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiffs' Motion to Voluntarily Dismiss Claims Against Schlumberger Technology Corporation, With Prejudice (Doc 125 - filed November 12, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Schlumberger Technology Corporation only,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   November 13, 2009