IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–02110–LTB–KMT

DAVID JENKINS and
SASHA JENKINS,

     Plaintiffs,

v.

FMC TECHNOLOGIES, INC.,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Motion and Order for Modification of Scheduling Order" (#131, filed January 22, 2010) is DENIED. Plaintiffs' motion was filed on January 22, 2010. The discovery cut off is February 22, 2010. Discovery requests had to be served on or before January 20, 210, to be within the 33 day time period set forth in the Scheduling Order. Therefore, Plaintiffs are past the discovery cut off date, and no good cause has been shown to allow an extension of the deadlines other than that the Plaintiffs have not used up all their allowed interrogatories and requests for production of documents.

Dated: January 26, 2010