# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-02110-LTB-KMT | FTR |
| **Date:** February 22, 2010 | Debra Brown, Deputy Clerk |
| DAVID JENKINS, et al. | Nicole Caroline Daniels |
| | Darrell S. Elliott |
| Plaintiff(s), | |
| v. | |
| FMC TECHNOLOGIES, INC. | Richard Michael Simses |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:42 a.m.**

Court calls the case. Appearances of Counsel.

Opening statements by the Court.

Plaintiff's [146] MOTION to Compel and Extension of Discovery Deadline and Request for Expedited Ruling or Hearing at issue.
Statements of Counsel.

**ORDERED:** Plaintiff's [146] MOTION to Compel and Extension of Discovery Deadline and Request for Expedited Ruling or Hearing is **GRANTED in part and DENIED in part as stated on the record.**

**ORDERED:** The Discovery deadline is extended to **April 02, 2010** for the sole purpose of taking depositions of the parties' expert witnesses, the depositions of Mr. Hodges and Mr. Garcia. The request of Plaintiffs to take the deposition of Defendant CFO Schumann is **DENIED.**

**ORDERED:** The Dispositive Motion deadline is extended to **April 13, 2010**. The Final Pretrial Conference remains set for **April 13, 2010 at 9:15 a.m.**

**Court in recess: 10:16 a.m.**
Total In-Court Time 0:33; hearing concluded
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.