**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02110-LTB-KMT

DAVID JENKINS and
SASHA JENKINS,

       Plaintiffs,

v.

FMC TECHNOLOGIES, INC., a Delaware corporation authorized to do business in the State of Colorado, and

       Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 158 - filed April 26, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED: April 19, 2010